# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| FOUR FORTY-NINE, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HUMANA INC., a Delaware corporation; and HUMANA INSURANCE COMPANY, a Wisconsin corporation,<br><br>　　　　　Defendants. | Case No.: SACV 18-0466-AG(JDEx)<br><br>Related To:<br>SACV 18-00462 AG (JDEx)<br>SACV 18-00463 AG (JDEx)<br><br>Honorable Andrew J. Guilford<br>Courtroom 10D<br><br>**ORDER RE STIPULATION FOR DISMISSAL *WITH PREJUDICE* [FRCP 41(a)]** |

# ORDER

Pursuant to the Stipulation of the parties, and good cause showing, it is ordered that the above-captioned action, including the Complaint and Amended Complaint against all defendants, be and hereby are dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a).

**IT IS SO ORDERED.**

_____
HON. ANDREW J. GUILFORD
United States District Court Judge